## THE ROY SOMERS.

(District Court, S. D. California.    December 31, 1900.)

### No. 1,153.

SEAMEN—VALIDITY OF SHIPPING ARTICLES.

Shipping articles are sufficiently definite as to the nature, duration, and termination of the voyage, under the requirements of Rev. St. § 4511, where it is described as "from the port of San Francisco to San Francisco, to Puget Sound; thence to San Diego, or any other port on the Pacific coast of the United States; thence to Puget Sound or Shoalwater Bay again, or to any other port or ports on the Pacific coast of the United States; thence to San Francisco for final discharge"; and seamen signing the same, who leave the ship before the termination of the voyage stated, forfeit their wages.

Suit by Seamen for Wages.

The shipping articles, so far as pertinent to the conclusions announced by the court, are as follows:

"U. S. Shipping Commissioner for the Port of San Francisco, Cal.,
"Nov. 4, 1898.

"It is agreed between the master and seamen, or mariners, of the Sch. Roy Somers of San Francisco, Cal., of which L. Soiland is at present master, or whoever shall go for master, now bound from the port of San Francisco, Cal., to San Francisco, California, to Puget Sound; thence to San Diego, or any other port on the Pacific coast of the U. S.; thence to Puget Sound or Shoalwater Bay again, or to any other port or ports on the Pacific coast of the United States; thence to San Francisco, California, for final discharge and as directed by the master."

Knight & Jones, for libelants.
Calvin Edgerton, for defendant.

WELLBORN, District Judge. I am of opinion that the shipping articles are sufficiently definite, and that each of the libelants, by leaving the vessel, incurred a forfeiture of his wages. The Occidental (D. C.) 87 Fed. 485; The C. F. Sargent (D. C.) 95 Fed. 180. A decree dismissing the libel will be entered.